UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the, STATE OF TENNESSEE, *ex rel*, DANA KANABLE<br><br>Plaintiffs,<br><br>v.<br><br>LIFECARE FAMILY SERVICES, INC., ROBIN KENT MAUCK, CHARLES KLUSENER, DAVID CHANEY, and JOHN DOES I-IX,<br><br>Defendants. | Civil Action No. 3-08-0714<br>Judge Haynes<br>FILED UNDER SEAL |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint and this Order be unsealed and served upon the defendant by the relator. All other pleadings filed in the case that predate this Order, with the exclusion of the Complaint, shall remain sealed. Otherwise, the seal in this case is now lifted.

2. The parties shall serve all pleadings and motions filed in this actions, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

3. the parties shall serve all notices of appeal upon the United States;

4. all orders of this Court shall be sent to the United States; and that

5. should the relator or the defendant propose that this actions be dismissed, settled, or otherwise discontinued without the consent of the United States, the Court will solicit the written consent of the United States before ruling or granting its approval.

*Upon review of the file (D/C No 18) this action is CLOSED.* —JHH

IT IS SO ORDERED,

This 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE